UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JUDY L. HARRISON,<br>         Plaintiff,<br><br>v.<br><br><br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br>         Defendant. | **JUDGMENT**<br><br>No. 4:16-CV-227-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's application for attorney fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 8, 2017, that plaintiff is entitled to attorney's fees under the Equal Access to Justice Act and is specifically awarded $2,274.00.

**This Judgment Filed and Entered on December 8, 2017, and Copies To:**

Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)


December 8, 2017         PETER A. MOORE, JR., CLERK
                                        /s/ Sandra K. Collins
                                     (By) Sandra K. Collins, Deputy Clerk